**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

DIQUAN BOOKER

Plaintiff(s),

v.

SGT OCKAMUCHI

Defendant(s).

---

**FILED**
FEB 17 2023
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

**COMPLAINT**
(Pro Se Prisoner)

Case No. 9:23cv218
(Assigned by Clerk's Office upon filing) GTS/DJS

**Jury Demand**
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: DIQUAN BOOKER
Prisoner ID #: 16A1691
Place of detention: Greene Correctional facility
Address: P.O Box 975
Coxsackie, New York 12051-0975

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: SGT OCKAMUCHI
Name (Last, First)

SGT   He did not give me badge #
Job Title

PO Box 975
Work Address

Coxsackie,  New York   12051-0975
City          State          Zip Code

Defendant No. 2: _____
Name (Last, First)

_____
Job Title

2

```
                    _____
                    Work Address

                    _____
                    City                State           Zip Code

Defendant No. 3:    _____
                    Name (Last, First)

                    _____
                    Job Title

                    _____
                    Work Address

                    _____
                    City                State           Zip Code

Defendant No. 4:    _____
                    Name (Last, First)

                    _____
                    Job Title

                    _____
                    Work Address

                    _____
                    City                State           Zip Code
```

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

(Jan 24, 26, 28 2023 Incidents)

Jan 24 a razor was pulled out on i Diguan Booker because i turn in another bloods gang member iphone charger the dirty correctional officer gave to a bloods gang member i went to sgt OCKAMUCHI let him no after i told him what happen i needed Protective custody i got denied protective custody and sgt OCKAMUCHI called me a rat after i told him a blood gang member pulled a razor out on me because i gave the other sgt the iphone charger the dirty bad correctional officer gave to the bloods gang inmate friend. i got denied protective custody Sgt OCKAMUCHI put me back around the bloods gang inmates i was scared Jan 26 i got bump by a bloods gang inmate i had to go to medical for neck injuries Jan 28 i was in the shower i guy came in there ram the legs of chair in my chest i drop i had hard time breathing i went to medical for chest pain as well i was taking two kinds of medication for my chest pains and neck pains OCKAMUCHI set me up.

This is a bit they telling me there's no protective custody. I am not trying to die.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

I called outside investigation and let them know i don't want to get beat up for filing grievance on Sgt Ochumuchi Proof #444

4

Ockamuchi said if i had a problem let him know i let him know two times he did not do nothing he did not arrest the inmates i grieve this i did not get called down i grieve it again i am sending copies of grievance to show the court this is serious, i requested protective custody i was denied i am nervous i need protection because these inmates and corrections officer they are dirty bad and making me really nervous ockumuchi lied and said if anything happen let him know i did he did not do nothing he lied to me he set me up to get hurt i called outside investigation #444 let them know what happen. The SGT lied and said it no Protective custody Sgt Ockamuchi is a bad dirty sgt that don't like me. SGT ockamuch did nothing about this. I could of died.
DATED 2/9/23   PLAINTIFF SIGNATURE   Diquan Booker
16A1691

P 6 of 1
grieve 2 copies
it             I am sending
                  to court

first grievance
they did not get back to me
this is second grievance I filed a third grievance in case.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

A Hit on My life

**SECOND CLAIM**

fail to protect me

**THIRD CLAIM**

violating me calling me a rat about a bloods gang member pulling a razor out on me and me letting him know and about the 1 phone charger he called me a rat.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case. (SGt Okamuchi tryng have me killed)

1 billion dollars from defendant SGt Okamuchi and i want to go home these correctional officer are corrupted they trying to have the inmates kill me

(I need Protection these correctional officer are trying to have the inmates kill me)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/9/23      Diquam Booker
                   Plaintiff's signature
                   (All plaintiffs must sign the complaint)

(revised 10/27/16)

5

FORM 2131E (9/12)

**State of New York – Department of Correctional Services**
**INMATE GRIEVANCE COMPLAINT**

Grievance No. _____

Greene CORRECTIONAL FACILITY

Name: Dquan Booker    Dept No. _____    Housing Unit: C2    Date: 2/9/23

Program: NONE  AM  NONE  PM

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) On 28 of January I was hit in the chest with the legs of a chair in shower I hit the ground in the shower I let sgt know he did nothing about it on 26 of January I got bump and my neck started to hurt. I went to medical for both situation I let sgt ~~Amusk~~ OCKAMUCHI know I think that his name he's short he did nothing to them or about the situation it's more to this story i can't say here because inmates read grievance. I ask sgt his name he said he don't name drop he can't give m

Grievant Signature: Dquan Booker

Grievance Clerk: _____ Date: _____

Advisor Requested ☐ YES  ☐ NO  Who: _____

Action Requested by Inmate: I Dquan Booker would like to be move from greene correctional facility and this investigated this is not right whats going on to me sgt know and he's not doing nothing about this. I want to purse my grievance and i don't want it to be retaliation on "

The Grievance has been formally resolved as follows:

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: Dquan Booker    Date: 2/9/23

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive # 4040, section 701.6(g).

FORM 2131e (REVERSE) (9/12)
**Response of IGRC:**

Date Returned to Inmate: _____   IGRC Members: _____

Chairperson: _____

_____

_____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent

☐ I apply to the IGP Supervisor for review of dismissal

Signed: _____   Date _____
             Grievant

_____   Date _____
Grievance Clerk's Receipt

To be completed by Grievance Clerk.

Grievance Appealed to the Superintendent: _____ Date _____

Grievance forwarded to the Superintendent for action: _____ Date _____

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM. 2131E (9/12)

**State of New York – Department of Correctional Services**
**INMATE GRIEVANCE COMPLAINT**

Grievance No. _____

Greene _____ CORRECTIONAL FACILITY

Date 2/9/23

Name DquanBooker   Dept.No. _____ Housing Unit C2

Program NONE AM NONE PM

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) On 28 of January I was hit in the chest with the legs of a chair in shower I hit the ground in the shower I let sgt know he did nothing about it on 26 of January I got bump and my neck started to hurt. I went to medical for both situation I let sgt OCKAMUCHI know I think that his name he's short he did nothing to them or about the situation it's more to this story I can't say here because inmates read grievance. I ask sgt his name he said he don't name drop he can't give m

Grievant Signature: Dquan Booker                                    sgt
                                                                    correc
Grievance Clerk: _____ Date: _____          Nan

Advisor Requested ☐ YES ☐ NO  Who: _____

Action Requested by Inmate: I Dquan Booker would like to be move from greene correctional facility and this investigated this is not right whats going on to me sgt know and he's not doing nothing about this. I want to purse my grievance and I don't want it to be retalation on"

The Grievance has been formally resolved as follows:

_____
_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: Dquan Booker                         Date: 2/9/23

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive # 4040, section 701.6(g).

FORM 2131e (REVERSE) (9/12)
**Response of IGRC:**

Date Returned to Inmate: _____   IGRC Members: _____

Chairperson: _____

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I agree with the IGRC response and wish to appeal to the Superintendent

☐ I apply to the IGP Supervisor for review of dismissal

Signed: _____   Date _____
Grievant

_____   Date _____
Grievance Clerk's Receipt

**To be completed by Grievance Clerk.**

Grievance Appealed to the Superintendent: _____ Date

Grievance forwarded to the Superintendent for action: _____ Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK  12051-0975

NAME: Diquan Booker    DIN: 16A1691

02/13/2023
US POSTAGE $000.84

ZIP 12051
041M11465187

U.S. DISTRICT COURT
IN M. DOMURAD, CLERK
FEB 17 2023
RECEIVED

Legal Mail
Open ASAP

Clerk US District Court
100 S Clinton Street
Syracuse NY 13261-7367

Open ASAP

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Diquan Booker         DIN: 16A1691



Printed On Recycled Paper